# Pugh *v.* Hardman, *et al.*

### *Bill for Sale for Partition.*

#### (Decided June 13, 1907. 44 South. 389.)

*Appeal; Assignment of Error; Form.*—An assignment of error made on a separate sheet of paper attached to the upper edge of a page of the transcript is not an assignment of error within the rule, and will not be considered.

APPEAL from Jefferson Chancery Court.

Heard before Hon. ALFRED H. BENNERS.

From a decree granting to James U. Hardman and others an order for a sale for partition, Pugh, as guardian of one of the respondents, appeals. Appeal dismissed.

JOHN C. PUGH, for appellant.—Counsel discusses assignments of error but does not discuss the point decided.

JOHN B. WEAKLEY, for appellee.—Counsel discusses the points raised by assignment of errors but does not discuss the point decided.

PER CURIAM.—The assignments of error are not made on the record, but on a separate piece of paper, and attached at the upper edge of such paper to a page of the transcript. This was held, in the case of *Hunter v. L. & N. R. R. Co.,* 150 Ala.      43 South. 802, not to be an assignment of errors on the record. On the authority of that case, the present case must be affirmed for want of assignment of errors.

Affirmed.